**ORIGINAL** 

UNITED STATES DISTRICT COURT  CENTRAL DISTRICT OF CALIFORNIA

SEND

CIVIL MINUTES-GENERAL

CASE NO. CV 04-6180-RSWL          DATE: January 23, 2006

TITLE: IN RE: ENTROPIN SECURITIES LITIGATION

---

PRESENT: HONORABLE RONALD S. W. LEW, JUDGE

Kelly Davis                        Sheri Kleeger
Deputy Clerk                       Court Reporter

ATTORNEYS FOR PLAINTIFFS:          ATTORNEYS FOR DEFENDANTS:

Jim Tice                           Paris Wynn

---

PROCEEDINGS: MOTION (Non-Evidentiary)

Court and counsel confer. The Court **GRANTS** Lead Plaintiff's Motion for Class Certification and to Appoint Class Representatives (filed 09-16-05). Plaintiff counsel is to submit a proposed order for this Court pursuant to Local Rule 52-4.

Time: 3 minutes

MINUTES FORM 11
CIV-GEN



INITIALS OF DEPUTY CLERK kd

