Kenneth J. Catanzarite (No. 113750)
Jim Travis Tice (No. 153867)
CATANZARITE LAW CORPORATION
2331 West Lincoln Avenue
Anaheim, CA 92801
Tel: 714-520-5544
Fax: 714-520-0680

Attorneys for Lead Plaintiffs
and the Class

Laurence Rosen (No. 219683)
Phillip Kim (*Pro Hac Vice*)
THE ROSEN LAW FIRM, P.A.
350 Fifth Avenue, Suite 5508
New York, NY 10118
Telephone: (212) 686-1060
Facsimile: (212) 202-3827

Associated Counsel for Lead
Plaintiffs and the Class

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| In re: | No. CV-04-06180 RC |
|---|---|
| ENTROPIN, INC.<br>SECURITIES LITIGATION | NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION<br><br>Hearing Information:<br>DATE: 5/29/08<br>TIME: 9:30 a.m.<br>CTRM: 23 - 5th Floor |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD;

PLEASE TAKE NOTICE that pursuant to the Court's Order of Preliminary Approval of Settlement filed November 8, 2007, and the Court's Order Partially

CATANZARITE LAW CORPORATION
2331 West Lincoln Avenue
Anaheim, California 92801
Tel: (714) 520-5544 • Fax: (714) 520-0680

1 Amending Order of Preliminary Approval of Settlement filed March 17, 2008, on
2 May 29, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, in
3 Courtroom 23 of the court, located in the United States Courthouse at 312 N.
4 Spring Street, Los Angeles, California, before the Honorable Rosalyn M.
5 Chapman, United States Magistrate Judge, Lead Plaintiffs will move for approval
6 of the class action *Settlement and the Plan of Allocation* of settlement proceeds
7 and for an award of attorney's fees and expenses.

8 The motion is based on the separately filed and served *Memorandum of Points
9 and Authorities in Support of Motion for Final Approval of Settlement and the
10 Plan of Allocation* and *Declaration of Laurence M. Rosen in Support of Settlement
11 and the Plan of Allocation and Award of Attorneys' Fees and Expenses and Award
12 to Lead Plaintiffs* ("Rosen Decl."); the *Stipulation of Settlement* dated September
13 18, 2007 (the "Stipulation"); all other pleadings and matters of record; and such
14 additional evidence or argument as may be presented at the hearing.

15 Moving parties separately lodge the proposed *Order Approving the Plan of
16 Allocation* and an additional copy of the proposed *Final Judgment and Order of
17 Dismissal*.

18 Dated: 5/8/08.

_____
Jim Travis Tice
*of* Catanzarite Law Corporation
*and on behalf of* The Rosen Law Firm,
Lead and Liaison Counsel, respectively, for
Lead Plaintiffs and the Class

CATANZARITE LAW CORPORATION
2331 West Lincoln Avenue
Anaheim, California 92801
Tel: (714) 520-5544 • Fax: (714) 520-0680