UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ENTROPIN, INC. SECURITIES LITIGATION, | ) Case No. CV 04-6180-RC ) ) ) ) ) ) |

Pursuant to the Order of Final Approval of Settlement of Class Action, Order Granting Plaintiffs' Motion for Attorneys' Fees and Reimbursement of Expenses, and Class Settlement Distribution Order,

IT IS HEREBY ADJUDGED that Judgment is entered dismissing this class action with prejudice.

DATE: July 22, 2008

ROSALYN M. CHAPMAN
UNITED STATES MAGISTRATE JUDGE

R&R\04-6180.JUD
7/22/08